**Tricia Wang (CA Bar No: 178473)**
LAW OFFICE OF TRICIA WANG
39159 Paseo Padre Parkway, Suite 205
Fremont, CA 94538
Telephone: (510) 791-0232
Fax: (510) 791-5609

Attorney for Petitioner:       Morales, Emilio

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **Emilio Morales**　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　　) | |
| **Plaintiff**　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　　) | |
| **V.**　　　　　　　　　　　　　　　　　　) | **CIVIL ACTION** |
| 　　　　　　　　　　　　　　　　　　　　　) | **NO. C07-02991 MJJ** |
| *Michael Chertoff*, **as Secretary of the Department** ) | |
| **of Homeland Security;**　　　　　　　　　) | **NOTICE OF APPEARANCE** |
| *Emilio T Gonzales*, **Director of U.S. Citizen and** ) | **OF COUNSEL** |
| **Immigration Services;**　　　　　　　　　) | |
| *Robert S. Muller*, **Director of Federal Bureau of** ) | |
| **Investigation**　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　　) | |
| **Defendants**　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　　) | |
| _____) | |

To Defendants listed above and their attorney of record:

NOTICE IS HEREBY GIVEN that Tricia Wang of Law Office of Tricia Wang has been retained by Plaintiff Emilio Morales as his attorney for this case. The office address and phone number of Tricia Wang are listed in the caption above.

Dated:    08/06/2007                              _____/S/_____
                                                                Tricia Wang
                                                                Attorney for Plaintiff