1

2　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
3　　　　　　　　　　　SAN FRANCISCO, CALIFORNIA

4
　　Emilio Morales　　　　　　　　　　　　　　　)
5　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
6
　　　　　　Plaintiff,　　　　　　　　　　　　　)
7　　　　　　　　　　　　　　　　　　　　　　　) Case No. C 07-02991 MJJ
　　vs.　　　　　　　　　　　　　　　　　　　　)
8　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　) Certificate of Service
9
　　Michael Chertoff, as Secretary of the　　　　　)
10　Department of Homeland Security;　　　　　　)
　　Emilio Gonzales, Director of U.S. Citizen and　)
11　Immigration Services;　　　　　　　　　　　　)
　　Robert S. Meuller, Director of Federal Bureau of)
12　Investigations;　　　　　　　　　　　　　　　)
13　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
14　　　　　Defendants　　　　　　　　　　　　　)
15　_____)

16
　　　I, Emilio Morales, certify that on June 12, 2007, I caused a copy of the following
17　documents:

18
　　　a.　Summons in a civil case
19　　b.　Complaint for Mandamus

20　to be served on the following defendants listed below by USPS Certified Mail with Return
21　Receipt Requested:

22　　A.　Certified Mail # EB 129751882US
　　　　　US Attorney's Office
23　　　　450 Golden Gate Ave., 11th Floor
24　　　　San Francisco, CA 94102

25　　B.　Certified Mail # EB129751803US
　　　　　Michael Chertoff
26　　　　Secretary of the Department of Homeland Security
27　　　　US Department of Homeland Security
　　　　　Washington, D.C., 20528
28

1

1
2
3
4
5
    C.    Certified Mail # EB129751896US
        Robert S. Meuller, III,
        Director of the Federal Bureau of Investigation
        Federal Bureau of Investigation
        J. Edgar Hoover Building
        935 Pennsylvania Avenue, NW
        Washington, DC 20535-0001

6
7
    D.    Certified Mail # EB129751817US
        Emilio T. Gonzales,
        Director of U.S. Citizen and Immigration Services

8
9  Please refer to the attached copies of the USPS mail tracking results with Certified Mail Receipts.

10
11  I declare under penalty of perjury that the foregoing information is true and correct.

12
13
14  Date: August 7, 2007

                      Emilio Morales
15                       3803 Darwin Dr., Apt # 204
                      Fremont, CA 94555
16                       Tel: 510-797-4951
                      Email: emiliomrls@yahoo.com
17
18
19
20
21
22
23
24
25
26
27
28

CASE No: C 07-02991 MJJ

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SCOTT N. SCHOOLS
450 GOLDEN GATE AVE.
BOX 36055
SF RANCISCO, CA 94102

2. Article Number
(Transfer from service label)

EB 1297518820S

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
[illegible]   6/13/07

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes


**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **EB12 9751 803U S**
Status: **Delivered**

Your item was delivered at 11:21 AM on June 14, 2007 in WASHINGTON, DC 20528 to HOM LD SEC 20528R8. The item was signed for by E BURTON.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **EB12 9751 817U S**
Status: **Delivered**

Your item was delivered at 11:21 AM on June 14, 2007 in WASHINGTON, DC 20528 to HOM LD SEC 20528R8 . The item was signed for by E BURTON.

( Additional Details > )  ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

[                    ]

#### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                              7/2/2007



Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **EB12 9751 896U S**
Status: **Delivered**

Your item was delivered at 3:21 AM on June 15, 2007 in WASHINGTON, DC 20535 to FBI 20535 PU . The item was signed for by M SIMON.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **EB12 9751 882U S**
Status: **Delivered**

Your item was delivered at 11:12 AM on June 13, 2007 in SAN FRANCISCO, CA 94102. The item was signed for by R BOOTH.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS      site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy