```
1
2                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO, CALIFORNIA
4
     Emilio Morales                          )
5                                            )
                                             )
6         Plaintiff,                         )
                                             ) Case No. C 07-02991 MJJ
7    vs.                                     )
                                             )
8                                            )
                                             ) Certificate of Service
9    Michael Chertoff, as Secretary of the   )
10   Department of Homeland Security;        )
     Emilio Gonzales, Director of U.S. Citizen and )
11   Immigration Services;                   )
     Robert S. Meuller, Director of Federal Bureau of)
12   Investigations;                         )
                                             )
13                                           )
                                             )
14        Defendants                         )
15   _____)
```

16

17 I, Emilio Morales, certify that on June 12, 2007, I caused a copy of the following documents:

18
    a.   Summons in a civil case
19    b.   Complaint for Mandamus

20 to be served on the following defendants listed below by USPS Certified Mail with Return
21 Receipt Requested:

22    A.   Certified Mail # EB 129751882US
          US Attorney's Office
23         450 Golden Gate Ave., 11th Floor
24         San Francisco, CA 94102

25    B.   Certified Mail # EB129751803US
          Michael Chertoff
26         Secretary of the Department of Homeland Security
27         US Department of Homeland Security
          Washington, D.C., 20528
28

1  C.  Certified Mail # EB129751896US
2      Robert S. Meuller, III,
       Director of the Federal Bureau of Investigation
3      Federal Bureau of Investigation
       J. Edgar Hoover Building
4      935 Pennsylvania Avenue, NW
       Washington, DC 20535-0001
5
   D.  Certified Mail # EB129751817US
6      Emilio T. Gonzales,
       Director of U.S. Citizen and Immigration Services
7

8
   Please refer to the attached copies of the USPS mail tracking results with Certified Mail
9  Receipts.

10
   I declare under penalty of perjury that the foregoing information is true and correct.
11

12

13
   Date: August 7, 2007                    _____
14                                          Emilio Morales
15                                          3803 Darwin Dr., Apt # 204
                                            Fremont, CA 94555
16                                          Tel: 510-797-4951
                                            Email: emiliomrls@yahoo.com
17

18

19

20

21

22

23

24

25

26

27

28

2

CASE No: C 07-02991 MJJ

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SCOTT N. SCHOOLS
450 GOLDEN GATE AVE.
BOX 36055
SF RANCISCO, CA 94102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 6/13/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   EB 1297 5188 2 US

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



Home | Help

### Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **EB12 9751 803U S**
Status: **Delivered**

Your item was delivered at 11:21 AM on June 14, 2007 in WASHINGTON, DC 20528 to HOM LD SEC 20528R8. The item was signed for by E BURTON.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EB12 9751 817U S**
Status: **Delivered**

Your item was delivered at 11:21 AM on June 14, 2007 in WASHINGTON, DC 20528 to HOM LD SEC 20528R8 . The item was signed for by E BURTON.

( Additional Details > )   ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.   ( Go > )

---

Track & Confirm

Enter Label/Receipt Number.



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EB12 9751 896U S**
Status: **Delivered**

Your item was delivered at 3:21 AM on June 15, 2007 in WASHINGTON, DC 20535 to FBI 20535 PU . The item was signed for by M SIMON.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EB12 9751 882U S**
Status: **Delivered**

Your item was delivered at 11:12 AM on June 13, 2007 in SAN FRANCISCO, CA 94102. The item was signed for by R BOOTH.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy