1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6  Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  EMILIO MORALES,                           )
                                              )   No. C 07-2991 MJJ
13              Plaintiff,                    )
                                              )
14       v.                                   )   **STIPULATION TO EXTEND DATES; and**
                                              )   **[PROPOSED] ORDER**
15  MICHAEL CHERTOFF, as Secretary of the     )
    Department of Homeland Security;          )
16  EMILIO T. GONZALEZ, Director of the       )
    U.S. Citizen and Immigration Services;    )
17  ROBERT S. MULLER, Director of             )
    Federal Bureau of Investigation,          )
18                                            )
                Defendants.                   )
19  _____ )

20      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21  of record, hereby stipulate, subject to the approval of the Court, to the following:

22      1. Plaintiff filed this action on or about June 8, 2007, and Defendants' response is due on

23  August 13, 2007.

24      2. Pursuant to this Court's June 8, 2007 Order Setting Initial Case Management Conference,

25  the parties are required to file a joint case management statement on September 4, 2007, and attend

26  a case management conference on September 11, 2007.

27      3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

28  case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

Stipulation to Extend Dates
C07-2991 MJJ                                1

ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendant to file an Answer | September 13, 2007 |
| Last day to file Joint ADR Certification | September 25, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 9, 2007 |
| Case Management Conference: | October 16, 2007 at 2:00 p.m. |

Dated: August 13, 2007                                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                                          /s/
                                                          ILA C. DEISS
                                                          Assistant United States Attorney
                                                          Attorney for Defendants


Dated: August 13, 2007                                    /s/
                                                          TRICIA WANG
                                                          Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____
                                                          MARTIN J. JENKINS
                                                          United States District Judge

Stipulation to Extend Dates
C07-2991 MJJ                                    2