SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILIO MORALES, | ) No. C 07-2991 MJJ |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO EXTEND DATES; and** |
| | ) [~~PROPOSED~~] **ORDER** |
| MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the U.S. Citizen and Immigration Services; ROBERT S. MULLER, Director of Federal Bureau of Investigation, | ) |
| Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about June 8, 2007, and Defendants' response is due on August 13, 2007.

    2. Pursuant to this Court's June 8, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on September 4, 2007, and attend a case management conference on September 11, 2007.

    3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

Stipulation to Extend Dates
C07-2991 MJJ                                    1

ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendant to file an Answer | September 13, 2007 |
| Last day to file Joint ADR Certification | September 25, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 9, 2007 |
| Case Management Conference: | October 16, 2007 at 2:00 p.m. |

Dated: August 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: August 13, 2007

_____/s/_____
TRICIA WANG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/17/07

_____
MARTIN J. JENKINS
United States District Judge

Stipulation to Extend Dates
C07-2991 MJJ                        2