SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILIO MORALES, ) | No. C 07-2991 MJJ |
|           Plaintiff, ) | |
|         v. ) | **ANSWER** |
| MICHAEL CHERTOFF, as Secretary of the ) Department of Homeland Security; ) EMILIO T. GONZALEZ, Director of the ) U.S. Citizen and Immigration Services; ) ROBERT S. MULLER, Director of ) Federal Bureau of Investigation, ) | |
|           Defendants. ) | |

The Defendants hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of Mandamus and Declaratory Judgment.

1. Paragraph One consists of Plaintiff's characterizations of the lawsuit for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny that they have withheld the action to Plaintiff's detriment.

**PARTIES**

2. Defendants admit that the Plaintiff's alien registration number is A75-820-181, and the naturalization application was filed on June 7, 2004.

3. Defendants admit the allegations in Paragraph Three.

ANSWER
C07-2991 MJJ                            1

4. Defendants admit the allegations in Paragraph Four.

5. Defendants deny the allegations in Paragraph Five.

## JURISDICTION

6. Paragraph Six consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required.

## VENUE

7. Paragraph Seven consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

## EXHAUSTION OF REMEDIES

8. Paragraph Eight consists of Plaintiff's conclusion of law for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

## CAUSE OF ACTION

9. Defendants admit the allegations in Paragraph Nine with the exception that the application was filed on June 7, 2004.

10. Defendants admit that the applicant was fingerprinted on September 27, 2004.

11. Defendants admit the allegations in Paragraph Eleven.

12. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twelve.

13. Defendants are without sufficient information to admit or deny the allegations in Paragraph Thirteen.

14. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fourteen.

15. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fifteen.

16. Defendants are without sufficient information to admit or deny the allegations in Paragraph Sixteen.

17. Defendants are without sufficient information to admit or deny the allegations in

ANSWER
C07-2991 MJJ                                    2

Paragraph Seventeen.

18. Paragraph Eighteen consists of Plaintiff's conclusion of law for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

19. Paragraph Nineteen consists of Plaintiff's conclusions of law and/or characterizations fo the lawsuit for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

20. Defendants deny the allegations in Paragraph Twenty as the background checks are still pending.

21. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-One.

22. Paragraph Twenty-Two consists of Plaintiff's conclusions of law for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

## PRAYER

23. Paragraph Twenty-Three consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

## FIRST AFFIRMATIVE DEFENSE

The court should dismiss the complaint under Fed. R. Civ. P. 12(b)(6) because Plaintiff fails to state a claim upon relief may be granted. In the alternative, the Court should remand the matter under 8 U.S.C. § 1447(b) with instructions.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice or remanding the matter to the agency; that Plaintiff take nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

///

///

Dated: September 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

ANSWER
C07-2991 MJJ                                     4