1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12 EMILIO MORALES,                    )
                                      ) No. C 07-2991 MJJ
13             Plaintiff,             )
                                      )
14        v.                          ) **PARTIES' JOINT REQUEST TO BE**
                                      ) **EXEMPT FROM FORMAL ADR**
15 MICHAEL CHERTOFF, as Secretary of the ) **PROCESS**
   Department of Homeland Security;   )
16 EMILIO T. GONZALEZ, Director of the )
   U.S. Citizen and Immigration Services; )
17 ROBERT S. MULLER, Director of      )
   Federal Bureau of Investigation,   )
18                                    )
               Defendants.            )
19 _____  )

20      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

21 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

22 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

23 options provided by the court and private entities, and considered whether this case might benefit

24 from any of them.  Here, the parties agree that referral to a formal ADR process will not be

25 beneficial because this action is limited to plaintiff's request that this Court compel defendants to

26 adjudicate the application for naturalization.  Defendants have already requested the FBI expedite

27 the name check so that the application may be processed as soon as possible.  Given the substance

28 of the action and the lack of any potential middle ground, ADR will only serve to multiply the

Parties' Request to be Exempt from Formal ADR
C07-2991 MJJ                                    1

proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: September 24, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: September 24, 2007

/s/
TRICIA WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

MARTIN J. JENKINS
United States District Judge