SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILIO MORALES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of the U.S. Citizen and Immigration Services;<br>ROBERT S. MULLER, Director of Federal Bureau of Investigation,<br><br>　　　　　　Defendants. | No. C 07-2991 MJJ<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

　　Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for naturalization. Defendants have already requested the FBI expedite the name check so that the application may be processed as soon as possible. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the

Parties' Request to be Exempt from Formal ADR
C07-2991 MJJ　　　　　　　　　　　　　1

proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: September 24, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: September 24, 2007

/s/
TRICIA WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 09/28/07



MARTIN J. JENKINS
United States District Judge

Parties' Request to be Exempt from Formal ADR
C07-2991 MJJ                                        2