1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12  EMILIO MORALES,                       )
                                          ) No. C 07-2991 MJJ
13                 Plaintiff,             )
                                          )
14         v.                             ) **STIPULATION TO DISMISS; AND**
                                          ) **[PROPOSED] ORDER**
15  MICHAEL CHERTOFF, as Secretary of the )
    Department of Homeland Security;      )
16  EMILIO T. GONZALEZ, Director of the   )
    U.S. Citizen and Immigration Services;)
17  ROBERT S. MULLER, Director of         )
    Federal Bureau of Investigation,      )
18                                        )
                   Defendants.            )
19  _____)

20      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

22  action without prejudice because the United States Citizenship and Immigration Services is now

23  prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days

24  of the dismissal of this action, provided the petitioner does not commit a disqualifying act in the

25  interim.  The parties agree that the Court will have jurisdiction to enforce this order if necessary.

26      Each of the parties shall bear their own costs and fees.

27  ///

28  ///

Stipulation to Dismiss
C07-2991 MJJ                                    1

| | |
|---|---|
| Dated: November 5, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>_____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: November 5, 2007 | _____/s/_____<br>TRICIA WANG<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
MARTIN J. JENKINS
United States District Judge