SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILIO MORALES, ) <br>                   Plaintiff, ) <br>                   v. ) <br> MICHAEL CHERTOFF, as Secretary of the ) <br> Department of Homeland Security; ) <br> EMILIO T. GONZALEZ, Director of the ) <br> U.S. Citizen and Immigration Services; ) <br> ROBERT S. MULLER, Director of ) <br> Federal Bureau of Investigation, ) <br>                   Defendants. ) | No. C 07-2991 MJJ <br><br> **STIPULATION TO DISMISS; AND** <br> **[PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action, provided the petitioner does not commit a disqualifying act in the interim. The parties agree that the Court will have jurisdiction to enforce this order if necessary.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-2991 MJJ                                  1

1 | Dated: November 5, 2007 | Respectfully submitted,

2 | | SCOTT N. SCHOOLS
  | | United States Attorney

3
4
5 | | /s/
  | | ILA C. DEISS
  | | Assistant United States Attorney
6 | | Attorney for Defendants

7

8 | Dated: November 5, 2007 | /s/
  | | TRICIA WANG
9 | | Attorney for Plaintiff

10
11

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    11/06/07

MARTIN J. JENKINS
United States District Judge

*[Seal: United States District Court, Northern District of California — Judge Martin J. Jenkins signature]*

Stipulation to Dismiss
C07-2991 MJJ                                    2